IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 2:25-cr-1088-BHH-2 |
| | ) |
| v. | ) |
| | ) |
| ALENGER ALEXANDRA HERNANDEZ LICERIO | ) |

**PRELIMINARY ORDER OF FORFEITURE AS TO
ALENGER ALEXANDRA HERNANDEZ LICERIO**

This matter is before the court on the motion of the United States for a Preliminary Order of Forfeiture as to Defendant Alenger Alexandra Hernandez Licerio ("Licerio", "Defendant"), based upon the following:

1.    On September 11, 2025, an Indictment was filed charging Licerio with the following offenses:

> Count 1:    Interstate Travel and Use of Facility of Interstate Commerce to Promote Unlawful Activity and Aiding/Abetting, in violation of 18 U.S.C. §§ 2 and 1952(a)(3);
>
> Count 2:    Transportation for Prostitution and Aiding/Abetting, in violation of 18 U.S.C. §§ 2 and 2421.

2.    Pursuant to Fed. R. Crim. P. 32.2(a), the Indictment contained a notice of forfeiture providing that upon Licerio's conviction, certain properties enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States. As specified therein, such assets include, but are not limited to the following:

> A.    Electronic Equipment:
>
> (1)    iPhone smiley sticker
> IMEI: 356702088089611
> Seized from: Alenger Hernandez Licerio

(2)    iPhone white
IMEI: 351678917228122
Seized from: Alenger Hernandez Licerio

(3)    Android Phone
IMEI: 356243494 136472
Seized from: Alenger Hernandez Licerio

(4)    iPhone black
IMEI: 356460902956230
Seized from: Alenger Hernandez Licerio

B.    Cash/United States Currency:

$4,605.00 in United States Currency
Seized from: Luis Teran Teran, Alenger Hernandez Licerio, and Elisabeth Reina Polo

C.    Proceeds/Forfeiture Judgment[1]:

A sum of money equal to all proceeds the Defendants obtained directly or indirectly as the result of the offenses charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to their violation of Title 18.

4.    On March 12, 2026, Licerio signed a Plea Agreement, agreeing to forfeiture, and on April 1, 2026, pled guilty to Count 2 of the Indictment; Transportation for Prostitution and Aiding/Abetting, in violation of 18 U.S.C. §§ 2 and 2421.

5.    Based upon Defendant's conviction, the court has determined that the property described above is subject to forfeiture, pursuant to 18 U.S.C. § 2428 and 28 U.S.C. § 2461(c).

6.    The court has determined that the government has established the requisite nexus between the said property subject to forfeiture and the offense for which Licerio has been convicted;

---

[1] The government is not pursuing a forfeiture judgment against Defendant.

therefore, the United States is entitled to a preliminary order of forfeiture, subject to the provisions of 21 U.S.C. § 853 governing third party rights.

Accordingly, it is hereby **ORDERED,**

1.     The following property is hereby forfeited to the United States of America, along with all rights, title, and interest of Defendant Alenger Alexandra Hernandez Licerio in and to such property:

A.     Electronic Equipment:

(1)    iPhone smiley sticker
IMEI: 356702088089611
25-ICE-002203

(2)    iPhone white
IMEI: 351678917228122
25-ICE-002203

(3)    Android Phone
IMEI: 356243494136472
25-ICE-002203

(4)    iPhone black
IMEI: 356460902956230
25-ICE-002203

B.     Cash/United States Currency:

$4,605.00 in United States Currency
25-ICE-002190

2.     Upon entry of the criminal judgment, this order becomes final as to Licerio and shall be made a part of the sentence and included in the criminal judgment.

3. The United States shall publish notice of this Order and its intent to dispose of the property in such manner as the Attorney General may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the said property.

4. Upon entry of this Order, the United States or their designee is authorized to seize the above-described forfeited property as directed by the United States Attorney's Office and to commence proceedings that comply with statutes governing third party rights.

5. Any person, other than the named Defendant, asserting a legal interest in the subject property may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the subject property and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6) and Fed. R. Crim. P. 32.2(c).

6. Any petition filed by a third-party asserting an interest in the above-described property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, the time and circumstances of the petitioner's acquisition of the right, title or interest in such property, and additional facts supporting the petitioner's claim and the relief sought.

7. After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

8.      The United States shall have clear title to the property following the court's determination of all third-party interests, or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third-party petitions.

9.      The court shall retain jurisdiction to resolve disputes which may arise and to enforce and amend this Order as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

10.      The Clerk, U.S. District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

AND IT IS SO ORDERED.

s/ Bruce Howe Hendricks
_____
BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

July 14, 2026
Charleston, South Carolina